# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMAR LEVEAL THOMAS, | Case No. EDCV 14-2144-DDP (JEM) |
|     Petitioner, | |
| v. | **J U D G M E N T** |
| AMY MILLER, Warden, | |
|     Respondent. | |

    In accordance with the Order Accepting Findings and Recommendations of United States Magistrate Judge filed concurrently herewith,

    IT IS HEREBY ADJUDGED that the action is dismissed with prejudice.

DATED: June 13, 2017

                                DEAN D. PREGERSON
                          UNITED STATES DISTRICT JUDGE